THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER M. GATES, | CASE NO. C20-0446-JCC |
| Petitioner, | MINUTE ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Petitioner's motion for reconsideration (Dkt. No. 16) is DENIED. *See* W.D. Wash. Local Civ. R. 7(h)(1) ("Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence.").

DATED this 13th day of January 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C20-0446-JCC
PAGE - 1