THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPHER M. GATES,

                Petitioner,

    v.

UNITED STATES OF AMERICA,

                Respondent.

CASE NO. C20-0446-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Petitioner asks the Court to stay proceedings until March 12, 2022, because he is transferring to another correctional center and will have difficulty accessing his legal materials during the transition period. (Dkt. No. 19 at 1.) The Government does not oppose this request and asks that its response to Petitioner's Proposed Grounds 13 and 14 be stayed until that date as well. (Dkt. No. 21.)

Accordingly, it is hereby ORDERED that Petitioner's motion (Dkt. No. 19) is GRANTED, and this case is STAYED until March 12, 2022. It is further ORDERED that the Government's response to Petitioner's Proposed Grounds 13 and 14 is STAYED until that date as well; the response will be noted for the fourth Friday after it is filed, and any response from Petitioner will be due on the new noting date.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DATED this 20th day of January 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C20-0446-JCC
PAGE - 2