THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER M. GATES, | CASE NO. C20-0446-JCC |
| Petitioner, | MINUTE ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Court GRANTS in part and DENIES in part Petitioner's request to extend the stay that is currently in effect. (Dkt. No. 25.) The Court will not, however, enter an indefinite stay as Petitioner requests. Instead, it is hereby ORDERED that this case, and, along with it, the Government's response to Petitioner's Proposed Grounds 13 and 14, is STAYED until May 27, 2022. The Government's response will be noted for the fourth Friday after it is filed, with any response from Petitioner due on the new noting date.

DATED this 8th day of March 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C20-0446-JCC
PAGE - 1